# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0349. KAVITA D. RAMPERSAD v. THE PLANTATION AT BAY CREEK HOMEOWNERS ASSOCIATION, INC.**

Kavita D. Rampersad seeks discretionary review of the trial court's order denying her motion to set aside judgment and for new trial. The judgment that Rampersad sought to set aside was the trial court's "Final Order and Judgment" entered in November 2018. That 2018 order determined the amount of The Plantation at Bay Creek Homeowner Association, Inc.'s lien for unpaid dues and allowed the association to initiate foreclosure proceedings. In Case No. A21D0059, Rampersad sought discretionary review of the trial court's August 2020 order, which denied her first motion to set aside the November 2018 order. This Court granted Rampersad's first application on September 16, 2020, and the related direct appeal was docketed as Case No. A21A1490 and is currently pending.

Rampersad reiterates the same arguments in the instant application that she asserted in Case No. A21D0059, challenging the trial court's refusal to set aside the November 2018 final judgment. Accordingly, this discretionary application is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _06/15/2021_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*